NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**In re: XILINX, INC., XILINX ASIA PACIFIC PTE.
LTD.,**
*Appellants*

---

2022-1857

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01596.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

2                                                    IN RE: XILINX, INC.


The motion is granted.  The appeal is dismissed.

                                        FOR THE COURT

January 9, 2023                         /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court


ISSUED AS A MANDATE:  January 9, 2023

cc:  United States Patent and Trademark Office